Creditor List

ALLY SERVICING LLC

AIS PORTFOLIO SERVICES LLC

4515 N Santa Fe Ave. Dept APS

Oklahoma City OK 73118


Landlord :

Frank Bustelli

68 Romer Rd.

Staten Island NY 10304